| | | | |
|---|---|---|---|
| | AUSA: Jeanine Brunson | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Steven Allick | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Devonte STARKS

Case: 2:19-mj-30405
Judge: Unassigned
Filed: 07-31-2019
USA V STARKS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Steven Allick, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JUL 3 1 2019

*Judge's signature*

City and state: Detroit, Michigan

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Steven Allick, being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am a Special Agent, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) United States Department of Justice, and have been so employed since May of 2014. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2. During the course of my employment with ATF, I have investigated criminal violations relating to firearms, explosives, arson, violent crime, criminal street gangs and narcotics. I have participated in all aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and the execution of search warrants. I have personally investigated and/or assisted other

1

agents and officers in their investigations involving violations of Title 18, United States Code, Section 922(g)(1), convicted felon in possession of a firearm.

3.   The statements contained in this affidavit are based on my personal observations during the investigation, conversations with other law enforcement officers, a review of relevant police reports and my involvement in this investigation. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators and individuals with knowledge of this matter, my investigation, and the review of documents. This affidavit summarizes such information but does not provide each and every detail I know regarding this investigation; rather it provides information necessary to establish probable cause that Devonte STARKS violated Title 18 U.S.C. § 922 (g)(1)- felon in possession of a firearm.

## II.   PROBABLE CAUSE

4.   On July 21, 2019, Detroit Police Department Officers conducted a traffic stop on a Silver 2007 Chevy Tahoe, bearing MI license plate CQN-xxx. The previously mentioned Tahoe ran through a yield sign at the intersection of Eastwood Street and Rex Street, Detroit, MI. Detroit Police Officers activated their overhead lights and stopped the Tahoe as it entered the driveway of 15xxx Eastwood Street, Detroit, MI. All three occupants of the Tahoe attempted to exit the vehicle. Officers observed the front seat passenger, Devonte STARKS, attempt

2

to walk away from the vehicle.  At this time, Officers also observed STARKS make a motion that appeared he was throwing something.  No occupants were seen making a throwing motion other than STARKS. Officers ordered all three occupants back into the vehicle.

5. Officers then walked to the area in which they believed STARKS threw an object.  Officers recovered a Karh, model CM9, serial number IP8753, 9mm pistol approximately 10 feet in front of the previously mentioned Tahoe.

6. A review of the court documents for Devonte STARKS show he has a 2015 felony conviction in Maricopa County Superior Court for Narcotic Drug-Possess for Sale, case CR2015-126049-001. As a result of this felony conviction, Devonte STARKS served three years in prison with the Arizona Department of Corrections.

7. On July 30, 2019, Special Agent David Salazar advised your affiant the Kahr, model CM9, serial number IP8753, 9mm pistol was manufactured outside the state of Michigan and therefore had traveled through interstate and/or foreign commerce.

### III. CONLUSION

8. Based upon the information above, there is probable cause to believe that Devonte STARKS, knowing that he had been previously convicted of a felony, knowingly possessed a Kahr, 9mm pistol, model CM9, serial number IP8753, a firearm manufactured outside the state of Michigan, in violation of Title 18, U.S.C. § 922(g)(1) -- convicted felon in possession of a firearm.

9. By this affidavit and application, your affiant is requesting the court to issue an arrest warrant for Devonte STARKS.

Respectfully submitted,

Steven Allick, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. STEVEN R. WHALEN
UNITED STATES MAGISTRATE JUDGE

Date:     JUL 3 1 2019

4